

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. James Edward Bischak                     Docket No. 00-00201-001

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Edward Bischak, who was placed on supervision by the Honorable Robert J. Cindrich, sitting in the Court at Pittsburgh, Pennsylvania, on the 13th day of July 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution in the amount of $939 and a $100 special assessment.
- Shall participate in a program of drug and alcohol testing.
- Shall undergo a mental health evaluation and, if necessary, participate in a mental health treatment program as directed by the probation officer.
- Shall pay any remaining restitution through monthly installments of not less than 10 percent of his gross monthly earnings.
- Shall provide the probation officer with access to any financial information.
- Shall notify the United States Attorney's Office for the Western District of Pennsylvania within 30 days of a change in address that occurs while any portion of the restitution remains unpaid.
- Shall not incur new credit charges or open additional lines of credit unless in compliance with the installment payment schedule.
- Prohibited from consuming alcoholic beverages.

07-13-01:    Bank Robbery; 70 months' imprisonment, followed by 3 years' supervised release.
11-23-05:    Released to the Middle District of Florida (Naples) for supervision.
08-11-06:    Supervision transferred from Middle District of Florida (Naples) to Middle District of Alabama (Dothan); Supervised by U.S. Probation Officer Louis D. Johns, Jr., Middle District of Alabama (Dothan).

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

    Your Petitioner reports that verification of the supervised releasee's death was obtained from the Houston County, Alabama, Coroner's Office, Post Office Drawer 6406, Dothan, Alabama. This record reflects that the date of death was December 18, 2006. Consultation with the Houston County, Alabama, Coroner's Office was made, and it was learned that the cause of death appeared to be suicide, and no foul play was suspected.

PRAYING THAT THE COURT WILL ORDER the supervision at Criminal No. 00-00201-001 be terminated and the case be marked closed.

ORDER OF COURT

Considered and ordered this 14th day of March, 2007, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 13, 2007

_____
Eric S. Lawson
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania